FILED

MAR 1 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUILLERMO HERNANDEZ-RAMIREZ,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Criminal Case No. ___08CR 708·L___

I N F O R M A T I O N

Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony)

The United States Attorney charges:

On or about February 8, 2008, within the Southern District of California, defendant GUILLERMO HERNANDEZ-RAMIREZ, did knowingly and intentionally import approximately 33.86 kilograms (74.49 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: _March 11, 2008_.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
3/11/08