1 **SHAFFY MOEEL**
California State Bar No. 238732
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
Telephone:  (619) 234-8467
4 shaffy_moeel@fd.org

5 Attorneys for Mr. Hernandez-Ramirez

6

7

8                        UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE M. JAMES LORENZ)**

11 UNITED STATES OF AMERICA,            )    CASE NO. 08CR0708-MJL
                                        )
12              Plaintiff,              )
                                        )    JOINT MOTION TO CONTINUE
13 v.                                   )    HEARING
                                        )
14 **GUILLERMO HERNANDEZ-RAMIREZ**,     )
                                        )
15              Defendant.              )
                                        )
16 _____     )

17        Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Shaffy Moeel,

18 and Federal Defenders of San Diego, counsel for Mr. Hernandez-Ramirez, along with Assistant United States

19 Attorney Sabrina Feve, that the sentencing hearing in the above-mentioned case should be continued from

20 June 23, 2008 at 8:30 a.m. until June 30, 2008 at 8:30 a.m.

21        **SO STIPULATED.**

22

23 Dated: June 5, 2008                  */s/ Shaffy Moeel*_____
                                        SHAFFY MOEEL
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Hernandez-Ramirez
25

26 Dated: June 5, 2008                  */s/ Sabrina Feve*_____
                                        SABRINA FEVE
27                                      Assistant United States Attorney

28

08CR0708

1

**CERTIFICATE OF SERVICE**

2

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3

information and belief, and that a copy of the foregoing document has been served this day upon:

4

**Sabrina L. Feve**

5

sabrina.feve@usdoj.gov,Efile.dkt.gc1@usdoj.gov

6

Dated: June 5, 2008

                                    */s/ Shaffy Moeel*

7

SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900

8

San Diego, CA 92101-5030
(619) 234-8467  (tel)

9

(619) 687-2666  (fax)
e-mail: Shaffy_Moeel@fd.org

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08CR0708