UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0708-L |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE SENTENCING HEARING |
| GUILLERMO HERNANDEZ-RAMIREZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that the sentencing hearing in the above-mentioned case, for Mr. Hernandez-Ramirez, who is in custody, be continued from June 23, 2008 at 8:30 a.m. until June 30, 2008 at 8:30 a.m. as stipulated and agreed upon by all parties.

**IT IS SO ORDERED.**

DATED: June 11, 2008

_____
M. James Lorenz
United States District Court Judge